MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Pedro Ruelas-Lopez                No. 07mj2522

The Court finds excludable delay, under the section indicated by check (✓), commenced on __10/30/07__ and ended on __11/1/07__ ; ( )
_____ and ended on _____ . ( )

3161(h)

___ (1)(A)  Exam or hrg for **mental or physical incapacity**                                         A
___ (1)(B)  **NARA exam**ination (28:2902)                                                            B
___ (1)(D)  State or Federal trials or **other charges pending**                                      C
___ (1)(E)  **Interlocutory appeals**                                                                 D
___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)                              E
___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)                                 F
___ (1)(J)  **Proceedings under advisement** not to exceed thirty days                                G
___         Misc proc: Parole or prob rev, deportation, **extradition**                               H
___ (1)(H)  **Transportation** from another district or to/from examination
            or hospitalization in ten days or less                                                    6
___ (1)(I)  Consideration by Court of **proposed plea agreement**                                     7
___ (2)     **Prosecution deferred** by mutual agreement                 — in detox                   I
✓ (3)(A)(B) **Unavailability of defendant** or **essential witness**                                  M
___ (4)     Period of **mental or physical incompetence** of defendant to
            stand trial                                                                               N
___ (5)     Period of **NARA commitment or treatment**                                                O
___ (6)     **Superseding indictment and/or new charges**                                             P
___ (7)     **Defendant awaiting trial of co-defendant** when no severance
            has been granted                                                                          R
___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than
            one of the reasons below are given in support of continuance                              T
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding
            would result in a **miscarriage of justice** and
            the ends of justice outweigh the best interest
            of the public and the defendant in a speedy trial.
            **(Continuance - miscarriage of justice)**                                                T1
___         2) Failure to grant a **continuance** of the trial would result in
            a miscarriage of justice as the defendant has tendered a
            guilty plea to a magistrate judge and is awaiting a
            determination as to whether the plea will be accepted.
            **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii) 2) **Case** unusual or **complex**                                                     T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days            T3
___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel,
            or give reasonable time to prepare
            **(Continuance re counsel)**                                                              T4
___ 3161(I) Time up to **withdrawal of guilty plea**                                                  U
___ 3161(b) **Grand jury indictment time extended** thirty (30) more days                             W

Date 10/30/07                                                    _____
                                                                 Judge's Initials