1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Mr. Ruelas-Lopez

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE LOUISA A. PORTER)**

11 | UNITED STATES OF AMERICA,         ) Case No. 07MJ2522
                                       )
12 |         Plaintiff,                )
                                       )
13 | v.                                ) **NOTICE OF APPEARANCE**
                                       )
14 | **PEDRO RUELAS-LOPEZ**,           )
                                       )
15 |                                   )
           Defendant.                  )
16 | _____ )

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18 Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19 counsel in the above-captioned case.

20                                      Respectfully submitted,

21

22 Dated: November 5, 2007           /s/  *Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
23                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 5, 2007         */s/ Robert R. Henssler, Jr.*
                                **ROBERT R. HENSSLER, JR.**
                                Federal Defenders of San Diego, Inc.
                                Robert_Henssler@fd.org